IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO REYES CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR VILLARNEAL, et al.,<br><br>    Defendants. | Case No. 23-cv-00962-CRB<br><br>**ORDER OF DISMISSAL** |

On May 12, 2023, the Court dismissed pro se Plaintiff Alejandro Reyes Cruz's complaint in this case. See dkt. 25. The Court ordered Cruz to file an amended complaint within 14 days of that order, or by May 26, 2023. Id. at 2. The Court warned that failure to amend would result in dismissal of this action with prejudice. Id. Because Cruz failed to file an amended complaint in this case, his claims are dismissed with prejudice. No further motions will be entertained in this action.[1]

**IT IS SO ORDERED.**

Dated: May 31, 2023

CHARLES R. BREYER
United States District Judge

---

[1] Cruz has also moved for a permanent injunction. See dkt. 28. Because Cruz failed to respond appropriately to the Court's order dismissing his claims, Cruz's motion is denied as moot.